UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                    CRIMINAL

VERSUS                                      NO. 00-99

BRENDA J. RANDALL                           SECTION "G"

## ORDER

IT IS ORDERED that the above captioned matter is hereby reallotted to another section of this Court.

New Orleans, Louisiana, this 6th day of November, 2007.

_____
HELEN G. BERRIGAN
CHIEF JUDGE

NOV - 6 2007

REALLOTTED TO

SECT. S

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No _____